# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

WOODROW NEAL, JR.                                              PETITIONER

v.                         NO. 5:11CV00331 SWW

RAY HOBBS, Director of the                                     RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to dismiss filed by respondent Ray Hobbs ("Hobbs") is granted, see Document 11, and the petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Woodrow Neal, Jr., ("Neal") is dismissed. All requested relief is denied, and, in accordance with Rule 11(a) of the Rules Governing Section 2254 Cases In The United States District Courts, a certificate of appealability is denied. Judgment will be entered for Hobbs.

Neal is cautioned regarding the following matter: the petition at bar marks his fourth challenge to some aspect of his conviction and/or sentence in CR-1997-202. In his three most recent petitions, he offered no reason for attacking the conviction and/or sentence nor did he obtain the approval of the Court of Appeals before filing the petitions. Neal is cautioned that his continued filing of petitions devoid of a reason for challenging his conviction and/or sentence in CR-1997-202, and filing petitions challenging that conviction and/or sentence without the approval of the Court of Appeals, will result in sanctions.

IT IS SO ORDERED this 22nd day of June, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE